```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
             MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

DEVIN BRANDIS PUGH,           )
                              )
     Plaintiff,               )
                              )     CIVIL ACTION NO.
     v.                       )       2:25cv20-MHT
                              )          (WO)
BUTLER COUNTY, ALABAMA,       )
                              )
     Defendant.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 7) is adopted.

(2) This lawsuit is dismissed without prejudice for or failure to pay the filing fee, failure to prosecute, and failure to obey a court order.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 7th day of April, 2025.

                                    /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE